United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Cathy Dee Foster<br>30 Withlacoochee Rd.<br>Valdosta, GA 31602-2188 | Chapter 13<br><br>Case No. 12-70759-JTL |

## Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $540.58 in unclaimed funds of Cathy Dee Foster and , debtor(s).

Last Known Address (Most recent listed left to right):

Cathy Dee Foster
30 Withlacoochee Rd.
Valdosta, GA 31602-2188


Dated: 7/14/2016                                                         /s/ A. Kristin Hurst

                                                                          A. Kristin Hurst. Trustee